IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANTHONY RAY ROMO,

    Plaintiff,

v.                                                                                 Civ. No. 24-1216-KG-KBM

CITY OF PORTALES, *et al*,

    Defendants,

ORDER OF DISMISSAL

    This matter comes before the Court after Plaintiff severed contact in this prisoner civil rights case. Plaintiff filed a Prisoner Civil Rights Complaint while incarcerated at the Curry County Detention Center (CCDC) in Clovis, New Mexico. (Doc. 1) (Complaint). Thereafter, Plaintiff was released from custody. *See* http://lookup.curryjail.com:8282/. By an Order entered May 7, 2025, the Court directed Plaintiff to provide a current address as required by D.N.M. LR-Civ. 83.6. (Doc. 6) at 1. The Order warns that the failure to timely comply may result in dismissal of this case without further notice.

    The deadline to provide an updated address expired no later than June 9, 2025. Plaintiff did not comply or otherwise respond to the Order. Hence, the Court will dismiss this case without prejudice pursuant to Fed. R. Civ. P. 41(b) for "failure to prosecute [and] comply with the … court's orders." *Olsen v. Mapes,* 333 F.3d 1199, 1204 n. 3 (10th Cir. 2003). *See also Faircloth v. Hickenlooper*, 758 Fed. App'x 659, 662 (10th Cir. 2018) (affirming Rule 41 dismissal and noting the inmate-plaintiff is "solely responsible for his failure to update his address"). The Court will also deny Plaintiff's pending motions for injunction and *in forma*

*pauperis* relief, which are now moot.   (Docs. 2, 3, 5).

      IT IS ORDERED:

    1.    Plaintiff's Prisoner Civil Rights Complaint (Doc. 1) is dismissed without prejudice.

    2.    Plaintiff's Motion for Preliminary Injunction (Doc. 3) and Motions to Proceed *In Forma Pauperis* (Docs. 2, 5) are denied as moot.

    3.    The Court will enter a separate judgment closing the civil case.

                                          /s/_____
                                          KENNETH J. GONZALES[1]
                                          CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the court's PACER public access system.